1

2

3

4

5

6

7

8            UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10

CECILIO GUTIERREZ,                    )     Case No. CV 06-577-R  (OP)
11                                     )
                                       )     ORDER ADOPTING FINDINGS,
12              Petitioner,            )     CONCLUSIONS, AND
                                       )     RECOMMENDATIONS OF
13          vs.                        )     UNITED STATES MAGISTRATE
                                       )     JUDGE
14  DERRICK L. OLLISON,                )
    Warden (Acting),                   )
15                                     )
                Respondent.            )
16  _____   )

17

         Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the
18
    records and files herein, the Report and Recommendation of the United States
19
    Magistrate Judge, and the objections filed by Petitioner, de novo. The Court concurs
20
    with and adopts the findings, conclusions, and recommendations of the Magistrate
21
    Judge.
22
    / / /
23
    / / /
24
    / / /
25

26

27

28

1        IT IS ORDERED that Judgment be entered:  (1) approving and adopting this

2   Report and Recommendation; and (2) denying the Petition and dismissing this action

3   with prejudice.

4

5   DATED: June 29, 2009

6                                    _____
                                     HONORABLE MANUEL L. REAL
                                     United States District Judge

7

8   Prepared by:

9

10  _____
    HONORABLE OSWALD PARADA
11  United States Magistrate Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28